UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. D'ANGELO,

    Plaintiff,                                   Case No. 15-cv-12454
                                              Hon. Matthew F. Leitman

v.

OCWEN LOAN SERVICES, LLC, *et al.*

    Defendants.

_____/

**<u>ORDER GRANTING MOTION TO WITHDRAW (ECF #2) AND
CANCELLING TELEPHONIC STATUS CONFERENCE (ECF #3)</u>**

On May 19, 2015, Plaintiff Michael J. D'Angelo ("Plaintiff") filed this mortgage-foreclosure action against Defendants in the Macomb County Circuit Court. (*See* ECF #1-1.) Plaintiff was represented by attorney Steven B. Ruza ("Ruza"). (*See id.*) Defendants removed Plaintiff's action to this Court on July 9, 2015. (*See* ECF #1.)

On July 10, 2015, Ruza filed a motion to withdraw as counsel for Plaintiff (the "Motion to Withdraw"). (*See* ECF #2.) Ruza informs the Court in the Motion to Withdraw that Michigan's 48th District Court has ordered him "to not represent parties relating to foreclosures." (*Id*. at 2, Pg. ID 93.) Ruza says has therefore has "informed [his clients] by mail of alternative counsel that is available to take over [his] caseload." (*Id.*) Ruza has attached to the Motion to Withdraw the letter he sent to his clients (*see* ECF #2-2) and a copy of the 48th District Court's criminal

1

docket which shows that Ruza has been charged with three counts of false pretenses and has been enjoined from representing individuals in foreclosure-related matters. (*See* ECF #2-1.)

Plaintiff has not responded or otherwise objected to the Motion to Withdraw. Nor has Defendant. But given the pending criminal charges against Ruza, and the 48th District Court's order prohibiting Ruza from representing individuals like Plaintiff, the Court concludes that Ruza should be allowed to withdraw as counsel for Plaintiff in this matter.

Accordingly, the Court **GRANTS** the Motion to Withdraw (ECF #2.) The Court **FURTHER ORDERS** the following:

- Plaintiff shall have until **August 24, 2015**, to obtain new counsel and have new counsel file an appearance in this action. If no such appearance is filed, the Court will presume that Plaintiff intends to proceed *pro se* in this matter.

- By no later than **July 24, 2015**, Ruza shall send a letter to Plaintiff enclosing a copy of this Order and explaining to Plaintiff the Court's requirement that Plaintiff has until August 24, 2015, to obtain new counsel and have new counsel file an appearance in this action. Ruza shall also file a Proof of Service with the Court no later than **July 31, 2015**, indicating that this letter was timely sent to Plaintiff.

- The previously-scheduled July 17, 2015, telephonic status conference (*see* ECF #3) is **CANCELLED**.

- Until further notice of the Court, the parties shall not serve discovery, responses to discovery, or disclosures, and shall not file any motions, responses to motions, or responsive pleadings.


                                            s/Matthew F. Leitman  
                                            MATTHEW F. LEITMAN  
                                            UNITED STATES DISTRICT JUDGE

Dated: July 16, 2015

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 16, 2015, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda  
                                            Case Manager  
                                            (313) 234-5113